HENRY I. DARLING, PLAINTIFF IN ERROR, v. MAYOR, &c., OF JERSEY CITY, DEFENDANTS IN ERROR.

Submitted March 24, 1913—Decided April 24, 1913.

On error to the Supreme Court, whose opinion is reported in 51 *Vroom* 514.

For the plaintiff in error, *Merritt Lane*.

For the defendants in error, *William D. Edwards* and *James J. Murphy*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER, TERHUNE, JJ.    13.

*For reversal*—None.